# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS

In re:

Erin Gershman

Debtor(s).

Chapter 7

Case No.    25-50355

**Declaration of Evidence of Employers' Payments Within 60 Days**

☐ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: $Click or tap here to enter amount. If none, enter "0.00" but, after making a good faith effort, Debtor does not have copies of employer pay advices to be produced.

Debtor declares the foregoing to be true and correct under penalty of perjury.

Dated: 24 Feb 2025

_____
Signature of Debtor

Dated: _____

_____
Signature of Co-Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

# DEFENSE FINANCE AND ACCOUNTING SERVICE MILITARY LEAVE AND EARNINGS STATEMENT

| ID | NAME (Last, First,MI) | SOC. SEC. NO. | GRADE | PAY DATE | YRS SVC | ETS | BRANCH | ADSN/DSSN | PERIOD COVERED |
|---|---|---|---|---|---|---|---|---|---|
| | GERSHMAN ERIN ASHLEY | ***-**-2842 | E4 | 220523 | 02 | 260522 | AF | ■ | 1-31 JAN 25 |

| ENTITLEMENTS | | DEDUCTIONS | | ALLOTMENTS | | SUMMARY | |
|---|---|---|---|---|---|---|---|
| **Type** | **Amount** | **Type** | **Amount** | **Type** | **Amount** | +Amt Fwd | .00 |
| A BASE PAY | 2892.90 | FEDERAL TAXES | 177.27 | TSP LOAN | 69.49 | +TOT ENT | 5471.67 |
| B BAS | 465.77 | FICA-SOC SECURITY | 179.36 | TRICARE DENTAL | 31.46 | | |
| C BAH | 1863.00 | FICA-MEDICARE | 41.95 | BANK ACCT ALLOT | 220.00 | -TOT DED | 2807.40 |
| D FSH | 250.00 | SGLI | 31.00 | | | | |
| E | | AFRH | .50 | | | -TOT ALMT | 320.95 |
| F | | SGLI FAM/SPOUSE | 4.50 | | | | |
| G | | ROTH TSP | 28.93 | | | =NET AMT | 2343.32 |
| H | | MID-MONTH-PAY | 2343.89 | | | | |
| I | | | | | | -CR FWR | .00 |
| J | | | | | | | |
| K | | | | | | =EOM PAY | 2343.32 |
| L | | | | | | | |
| M | | | | | | DIEMS | RET PLAN |
| N | | | | | | | |
| O | | | | | | | |
| TOTAL | 5471.67 | | 2807.40 | | 320.95 | 220426 | BLENDE |

| FED TAXES | Wage Period | Wage YTD | M/S/H | Mult Jobs | Dep 17 Under | Other Dep | Add'l Tax | Other Deds | Other Income | Tax YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2892.90 | 2892.90 | S | N | 00 | 00 | .00 | .00 | .00 | 177.27 |

| FICA TAXES | Wage Period | Soc Wage YTD | Soc Tax YTD | Med Wage YTD | Med Tax YTD | STATE TAXES | St | Wage Period | Wage YTD | M/S | Ex | Tax YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2892.90 | 2892.90 | 179.36 | 2892.90 | 41.95 | | TX | .00 | .00 | S | 00 | .00 |

| PAY DATA | BAQ Type | BAQ Depn | VHA Zip | Rent Amt | Share | Stat | JFTR | Depns | 2D JFTR | BAS Type | Charity YTD | TPC | PACIDN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W/DEP | SPOUSE | 78236 | .00 | 1 | R | | 0 | | | .00 | | |

| TRADITIONAL PLAN (TSP) | Base Pay Rate | Base Pay Current | Spec Pay Rate | Spec Pay Current | Inc Pay Rate | Inc Pay Current | Bonus Pay Rate | Bonus Pay Current |
|---|---|---|---|---|---|---|---|---|
| | 0 | .00 | 0 | .00 | 0 | .00 | 0 | .00 |

| ROTH PLAN | Base Pay Rate | Base Pay Current | Spec Pay Rate | Spec Pay Current | Inc Pay Rate | Inc Pay Current | Bonus Pay Rate | Bonus Pay Current |
|---|---|---|---|---|---|---|---|---|
| | 1 | .00 | 0 | .00 | 0 | .00 | 0 | .00 |

| CONTRIBUTIONS TOTALS | YTD Deductions | YTD TSP Deferred | YTD TSP Exempt | YTD ROTH | YTD TSP AGCY-AUTO | YTD TSP AGCY-MATCH |
|---|---|---|---|---|---|---|
| | 28.93 | .00 | .00 | 28.93 | 28.93 | 28.93 |

| CM AGCY CONTR | AGCY-AUTO | AGC-MATCH | LEAVE | BF Bal | Ernd | Used | Cr Bal | ETS Bal | Lv Lost | Lv Paid | Use/Lose |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 28.93 | 28.93 | | 16.0 | 10.0 | 10 | 16.0 | 55.5 | .0 | .0 | .0 |

**REMARKS:**          **YTD ENTITLE  5471.67**          **YTD DEDUCT  463.51**

IF TSP ELECTION AMT EXCEEDS NET AMT
DUE, TSP WILL NOT BE DEDUCTED.
-NEW BENEFIT ALERT! HEALTH CARE FLEXIBLE
SPENDING ACCOUNTS ALLOW ELIGIBLE SERVICE
MEMBERS TO SET ASIDE UP TO $3,300 IN PRE-TAX
EARNINGS FOR HEALTH CARE COSTS. ENROLL FROM
MARCH 3 - MARCH 31 AT WWW.FSAFEDS.GOV/.
LEARN MORE AT
HTTPS://FINRED.USALEARNING.GOV/BENEFITS/HCFSA
-RECEIVE YOUR 1095 AND W2 STATEMENTS FASTER
AND MORE SECURE BY LOGGING ONTO MYPAY AT
HTTPS://MYPAY.DFAS.MIL AND SELECTING THE
TURN ON/OFF HARDCOPY 1095 AND W2 OPTION TO
ELECT ELECTRONIC ONLY.
-YOU ARE THE BEST MANAGER OF YOUR PAY
PRECLUDE OVERPAYMENT OR UNDERPAYMENT OF YOUR

PAY BY REVIEWING YOUR LES EVERY MONTH. VISIT
LOCAL FINANCE OFFICE FOR ANY UPDATES REQUIRED
-MAKE SURE YOU USE YOUR BENEFIT: YOU CAN SAVE
AN AVERAGE OF 25% ON YOUR GROCERY BILL BY
SHOPPING AT THE COMMISSARY, IN-STORE AND
ONLINE AT COMMISSARY CLICK2GO! VISIT
HTTPS://CORP.COMMISSARIES.COM
MEMBER'S SGLI COVERAGE AMOUNT IS    $500,000
FAM/SPOUSE SGLI COVERAGE AMOUNT IS  $100,000
BAH BASED ON W/DEP, ZIP 78236
CHANGE   AGENCY CONTRBTN        250101(001)
RATE CHG BASIC PAY          250101(001)
RATE CHG BAH           250101(001)
RATE CHG BAS           250101(001)
BANK  USAA FEDERAL SAVINGS BANK

**DFAS Form 702, Jan 02**

# DEFENSE FINANCE AND ACCOUNTING SERVICE MILITARY LEAVE AND EARNINGS STATEMENT

| ID | NAME (Last, First,MI) | SOC. SEC. NO. | GRADE | PAY DATE | YRS SVC | ETS | BRANCH | ADSN/DSSN | PERIOD COVERED |
|----|------------------------|---------------|-------|----------|---------|-----|--------|-----------|----------------|
| | GERSHMAN ERIN ASHLEY | ***-**-2842 | E4 | 220523 | 02 | 260522 | AF | ███ | 1-31 DEC 24 |

| ENTITLEMENTS | | DEDUCTIONS | | ALLOTMENTS | | SUMMARY | |
|---|---|---|---|---|---|---|---|

| | Type | Amount | Type | Amount | Type | Amount | +Amt Fwd | .00 |
|---|------|--------|------|--------|------|--------|----------|-----|
| A | BASE PAY | 2768.40 | FEDERAL TAXES | 166.85 | TSP LOAN | 69.49 | +TOT ENT | 5341.66 |
| B | BAS | 460.25 | FICA-SOC SECURITY | 171.64 | TRICARE DENTAL | 31.46 | | |
| C | BAH | 1863.00 | FICA-MEDICARE | 40.14 | BANK ACCT ALLOT | 220.00 | -TOT DED | 2731.78 |
| D | FSH | 250.00 | SGLI | 31.00 | | | | |
| E | REFUND MEDICARE | -.02 | AFRH | .50 | | | -TOT ALMT | 320.95 |
| F | REF SOC SECURITY | .03 | SGLI FAM/SPOUSE | 4.50 | | | | |
| G | | | ROTH TSP | 27.68 | | | =NET AMT | 2288.93 |
| H | | | MID-MONTH-PAY | 2289.47 | | | | |
| I | | | | | | | -CR FWR | .00 |
| J | | | | | | | | |
| K | | | | | | | =EOM PAY | 2288.93 |
| L | | | | | | | | |
| M | | | | | | | DIEMS | RET PLAN |
| N | | | | | | | 220426 | BLENDE |
| O | | | | | | | | |
| | TOTAL | 5341.66 | | 2731.78 | | 320.95 | | |

| FED TAXES | Wage Period | Wage YTD | M/S/H | Mult Jobs | Dep 17 Under | Other Dep | Add'l Tax | Other Deds | Other Income | Tax YTD |
|-----------|-------------|----------|-------|-----------|--------------|-----------|-----------|------------|--------------|---------|
| | 2768.40 | 30288.06 | S | N | 00 | 00 | .00 | .00 | .00 | 1658.61 |

| FICA TAXES | Wage Period | Soc Wage YTD | Soc Tax YTD | Med Wage YTD | Med Tax YTD | STATE TAXES | St | Wage Period | Wage YTD | M/S | Ex | Tax YTD |
|------------|-------------|--------------|-------------|--------------|-------------|-------------|-----|-------------|----------|-----|-----|---------|
| | 2768.40 | 30404.54 | 1885.08 | 30404.54 | 440.87 | TX | | .00 | .00 | S | 00 | .00 |

| PAY DATA | BAQ Type | BAQ Depn | VHA Zip | Rent Amt | Share | Stat | JFTR | Depns | 2D JFTR | BAS Type | Charity YTD | TPC | PACIDN |
|----------|----------|----------|---------|----------|-------|------|------|-------|---------|----------|-------------|-----|--------|
| | W/DEP | SPOUSE | 78236 | .00 | 1 | R | | 0 | | | .00 | | |

| TRADITIONAL PLAN (TSP) | Base Pay Rate | Base Pay Current | Spec Pay Rate | Spec Pay Current | Inc Pay Rate | Inc Pay Current | Bonus Pay Rate | Bonus Pay Current |
|------------------------|---------------|------------------|---------------|------------------|--------------|-----------------|----------------|-------------------|
| | 0 | .00 | 0 | .00 | 0 | .00 | 0 | .00 |

| ROTH PLAN | Base Pay Rate | Base Pay Current | Spec Pay Rate | Spec Pay Current | Inc Pay Rate | Inc Pay Current | Bonus Pay Rate | Bonus Pay Current |
|-----------|---------------|------------------|---------------|------------------|--------------|-----------------|----------------|-------------------|
| | 1 | .00 | 0 | .00 | 0 | .00 | 0 | .00 |

| CONTRIBUTIONS TOTALS | YTD Deductions | YTD TSP Deferred | YTD TSP Exempt | YTD ROTH | YTD TSP AGCY-AUTO | YTD TSP AGCY-MATCH |
|----------------------|----------------|------------------|----------------|----------|-------------------|--------------------|
| | 146.56 | 118.88 | .00 | 27.68 | 304.06 | 27.68 |

| CM AGCY CONTR | AGCY-AUTO | AGC-MATCH | LEAVE | BF Bal | Ernd | Used | Cr Bal | ETS Bal | Lv Lost | Lv Paid | Use/Lose |
|---------------|-----------|-----------|-------|--------|------|------|--------|---------|---------|---------|----------|
| | 27.68 | 27.68 | | 16.0 | 7.5 | 10 | 13.5 | 55.5 | .0 | .0 | .0 |

---

| REMARKS: | YTD ENTITLE 61734.52 | YTD DEDUCT 4502.13 |
|---|---|---|

IF TSP ELECTION AMT EXCEEDS NET AMT
DUE, TSP WILL NOT BE DEDUCTED.
-FOREIGN GOVERNMENT EMPLOYMENT(FGE) RULES
APPLY TO YOU, REACH OUT TO AFPC WITH
QUESTIONS - AFPC.AF.MIL
-MAKE SURE YOU USE YOUR BENEFIT: YOU CAN SAVE
AN AVERAGE OF 25% ON YOUR GROCERY BILL BY
SHOPPING AT THE COMMISSARY, IN-STORE AND
ONLINE AT COMMISSARY CLICK2GO! VISIT
HTTPS://CORP.COMMISSARIES.COM
MEMBER'S SGLI COVERAGE AMOUNT IS  $500,000
FAM/SPOUSE SGLI COVERAGE AMOUNT IS  $100,000

BAH BASED ON W/DEP, ZIP 78236
USED LEAVE BALANCE ADJUSTED.
CURRENT MONTH LEAVE BALANCE ADJUSTED.
CHARGE LEAVE          241216-241216(354)
USED LEAVE BALANCE ADJUSTED.
CURRENT MONTH LEAVE BALANCE ADJUSTED.
CHARGE LEAVE          241125-241129(337)
START   AGENCY MATCHING      241201(336)
START   ROTH TSP             241201(336)
CORRECT FICA WAGES/DEDTN YTD      (353)
CORRECT MEDICARE WAGES/DEDTN YTD  (353)
BANK  USAA FEDERAL SAVINGS BANK

WWW.DFAS.MIL

DFAS Form 702, Jan 02

### DEFENSE FINANCE AND ACCOUNTING SERVICE MILITARY LEAVE AND EARNINGS STATEMENT

| ID | NAME (Last, First, MI) | SOC. SEC. NO. | GRADE | PAY DATE | YRS SVC | ETS | BRANCH | ADSN/DSSN | PERIOD COVERED |
|---|---|---|---|---|---|---|---|---|---|
|  | GERSHMAN ERIN ASHLEY | ***-**-2842 | E4 | 220523 | 02 | 260522 | AF | ▮▮▮▮ | 1-30 NOV 24 |

| ENTITLEMENTS | | DEDUCTIONS | | ALLOTMENTS | | SUMMARY | |
|---|---|---|---|---|---|---|---|
| Type | Amount | Type | Amount | Type | Amount | +Amt Fwd | .00 |
| A BASE PAY | 2768.40 | FEDERAL TAXES | 166.85 | TSP LOAN | 69.49 | +TOT ENT | 5341.65 |
| B BAS | 460.25 | FICA-SOC SECURITY | 171.64 | TRICARE DENTAL | 31.46 |  |  |
| C BAH | 1863.00 | FICA-MEDICARE | 40.14 | BANK ACCT ALLOT | 220.00 | -TOT DED | 2717.94 |
| D FSH | 250.00 | SGLI | 31.00 |  |  |  |  |
| E |  | AFRH | .50 |  |  | -TOT ALMT | 320.95 |
| F |  | SGLI FAM/SPOUSE | 4.50 |  |  |  |  |
| G |  | MID-MONTH-PAY | 2303.31 |  |  | =NET AMT | 2302.76 |
| H |  |  |  |  |  |  |  |
| I |  |  |  |  |  | -CR FWR | .00 |
| J |  |  |  |  |  |  |  |
| K |  |  |  |  |  | =EOM PAY | 2302.76 |
| L |  |  |  |  |  |  |  |
| M |  |  |  |  |  |  |  |
| N |  |  |  |  |  | DIEMS | RET PLAN |
| O |  |  |  |  |  |  |  |
| TOTAL | 5341.65 |  | 2717.94 |  | 320.95 | 220426 BLENDE | |

| FED TAXES | Wage Period | Wage YTD | M/S/H | Mult Jobs | Dep 17 Under | Other Dep | Add'l Tax | Other Deds | Other Income | Tax YTD |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 2768.40 | 27519.66 | S | N | 00 | 00 | .00 | .00 | .00 | 1491.76 |

| FICA TAXES | Wage Period | Soc Wage YTD | Soc Tax YTD | Med Wage YTD | Med Tax YTD | STATE TAXES | St | Wage Period | Wage YTD | M/S | Ex | Tax YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 2768.40 | 27636.14 | 1713.47 | 27636.14 | 400.71 | TX | | .00 | .00 | S | 00 | .00 |

| PAY DATA | BAQ Type | BAQ Depn | VHA Zip | Rent Amt | Share | Stat | JFTR | Depns | 2D JFTR | BAS Type | Charity YTD | TPC | PACIDN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | W/DEP | SPOUSE | 78236 | .00 | 1 | R |  | 0 |  |  | .00 |  |  |

| TRADITIONAL PLAN (TSP) | Base Pay Rate | Base Pay Current | Spec Pay Rate | Spec Pay Current | Inc Pay Rate | Inc Pay Current | Bonus Pay Rate | Bonus Pay Current |
|---|---|---|---|---|---|---|---|---|
|  | 0 | .00 | 0 | .00 | 0 | .00 | 0 | .00 |

| ROTH PLAN | Base Pay Rate | Base Pay Current | Spec Pay Rate | Spec Pay Current | Inc Pay Rate | Inc Pay Current | Bonus Pay Rate | Bonus Pay Current |
|---|---|---|---|---|---|---|---|---|
|  | 0 | .00 | 0 | .00 | 0 | .00 | 0 | .00 |

| CONTRIBUTIONS TOTALS | YTD Deductions | YTD TSP Deferred | YTD TSP Exempt | YTD ROTH | YTD TSP AGCY-AUTO | YTD TSP AGCY-MATCH |
|---|---|---|---|---|---|---|
|  | 118.88 | 118.88 | .00 | .00 | 276.38 | .00 |

| CM AGCY CONTR | AGCY-AUTO | AGC-MATCH | LEAVE | BF Bal | Ernd | Used | Cr Bal | ETS Bal | Lv Lost | Lv Paid | Use/Lose |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 27.68 | .00 |  | 18.0 | 6.0 | 4 | 17.0 | 61.5 | .0 | .0 | .0 |

**REMARKS:**    YTD ENTITLE 56392.87    YTD DEDUCT 4120.82

IF TSP ELECTION AMT EXCEEDS NET AMT DUE, TSP WILL NOT BE DEDUCTED.
-NEW BENEFIT ALERT! DEPENDENT CARE FLEXIBLE SPENDING ACCOUNTS ALLOW ELIGIBLE SERVICE MEMBERS WITH QUALIFYING DEPENDENTS TO SET ASIDE UP TO $5,000 IN PRE-TAX EARNINGS FOR CHILD AND ADULT CARE. ENROLL DURING THE 2024 FEDERAL BENEFITS OPEN SEASON (NOVEMBER 11 TO DECEMBER 9, 2024). LEARN MORE AT FINRED.USALEARNING.GOV/FSA.
-THE SERVICEMEMBERS CIVIL RELIEF ACT (SCRA) PROTECTS SERVICEMEMBERS. THIS INCLUDES CHILD CUSTODY PROTECTIONS AND PERMITTING TERMINATION OF A LEASE UPON PCS/DEPLOYMENT.

FOR MORE INFO, SEE:
HTTPS://AF.LEGALASSISTANCE.LAW.AF.MIL (CLICK LEGAL INFO; THEN SCRA)
-EXPLORE YOUR FEDVIP VISION BENEFITS AT THE VIRTUAL FAIR FROM NOVEMBER 11 TO DECEMBER 9, 2024. VISIT HTTPS://WWW.BENEFEDS.GOV/LEARN/INFO/WEBINARS
MEMBER'S SGLI COVERAGE AMOUNT IS $500,000
FAM/SPOUSE SGLI COVERAGE AMOUNT IS $100,000
BAH BASED ON W/DEP, ZIP 78236
USED LEAVE BALANCE ADJUSTED.
CURRENT MONTH LEAVE BALANCE ADJUSTED.
CHARGE LEAVE    241107-241108(317)
BANK USAA FEDERAL SAVINGS BANK

DFAS Form 702, Jan 02    WWW.DFAS.MIL